FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0114

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0114

CATHERINE MARGARET RUMORE,

Plaintiff/Appellant,

vs.

JENNIFER LYNN HILDEBRAND,

Defendant/Appellee.

---

## ORDER

---

Pursuant to Mont. R. App. P. 16 and good cause appearing,

It is hereby ORDERED that the Appellant's motion to dismiss her appeal is granted.

DATED this _____ day of May, 2020.

_____
Mike McGrath
Chief Justice,
Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 7 2020